1 Linda M. Lawson (Bar No. 77130)
  Brian K. Mazen (Bar No. 130777)
2 Eugenia I. Chiang (Bar No. 216204)
  MESERVE, MUMPER & HUGHES LLP
3 300 South Grand Avenue, 24th Floor
  Los Angeles, California 90071-3185
4 Telephone: (213) 620-0300
  Facsimile: (213) 625-1930

5 Attorneys for Defendant
  MASSACHUSETTS MUTUAL LIFE
6 INSURANCE COMPANY, individually and as
  successor-in-interest to CONNECTICUT
7 MUTUAL LIFE INSURANCE COMPANY

8

9                UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 JEFF M. DELUCA, | Case No. 1:05-CV-00632-OWW-DLB |
| 13      Plaintiff, | STIPULATION RE DISMISSAL WITH PREJUDICE (FRCP 41) AND |
| 14   vs. | ORDER THEREON |
| 15 MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | |
| 16 CONNECTICUT MUTUAL LIFE INSURANCE COMPANY and DOES 1-50, inclusive, | |
| 17 | |
| 18      Defendants. | |

19

20     IT IS HEREBY STIPULATED by and between Plaintiff Jeff M. Deluca and

21 Defendant Massachusetts Mutual Life Insurance Company, individually and as

22 successor in interest to Connecticut Mutual Life Insurance Company, by and

23

24

25

26

27

28


LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

25369233
68288.1

1

STIPULATION RE DISMISSAL WITH PREJUDICE (FRCP 41) AND ORDER THEREON

through their respective attorneys of record, that the above-entitled action be dismissed in its entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

Dated:  August 2, 2005    ROGER K. VEHRS
LAW OFFICES OF ROGER K. VEHRS

By: /s Roger K. Vehrs
Roger K. Vehrs
Attorneys for Plaintiff Jeff M. Deluca

Dated:  August 3, 2005 Linda M. Lawson
Brian K. Mazen
Eugenia I. Chiang
MESERVE, MUMPER & HUGHES LLP

By: /s Brian K. Mazen
Brian K. Mazen
Attorneys for Defendant
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, individually and as successor-in-interest to CONNECTICUT MUTUAL LIFE INSURANCE COMPANY

## ORDER

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the above-entitled action, Case No. 1:05-CV-00632-OWW-DLB, be and hereby is dismissed in its entirety with prejudice.


LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

25369233
68288.1

2

STIPULATION RE DISMISSAL WITH PREJUDICE (FRCP 41) AND ORDER THEREON

1  Dated:  8/29/05    /S/OLIVER W. WANGER
2                     Hon. Oliver W. Wanger
                      United States District Court Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28


LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

25369233
68288.1

3

STIPULATION RE DISMISSAL WITH
PREJUDICE (FRCP 41) AND ORDER
THEREON